## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Cathy A. Wechta                                    CHAPTER 13
        Walter I. Wechta

                        Debtors                   BKY. NO. 18-21488 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Cenlar FSB as servicer for Union Home
Mortgage Corp. and index same on the master mailing list.


                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        jwarmbrodt@kmllawgroup.com
                        Attorney I.D. No. 42524
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        Phone: (215)-627-1322
                        Attorney for Movant/Applicant