## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |
|---|---|
| WALTER I. WECHTA and<br>CATHY A. WECHTA, | Case # 18-21488-TPA |
| Debtors | Chapter 13 |

WALTER I. WECHTA and
CATHY A. WECHTA,                                              Related doc: 32

                        Movants

        v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
Office of the US Trustee, Union Home Mortgage,
Hyundai Lease Titling Trust, Wells Fargo Bank, N.A.,
Midland Funding LLC, Chase Bank, Citibank,
Portfolio Recovery Associates, Quantum III,
Discover Bank, LVNV Funding, LLC, West Penn Power,
Synchrony Bank, AIS, Atlas Acquisitions,

                        Respondents

<u>NOTICE OF HEARING WITH RESPONSE DEADLINE</u>
<u>ON MOTION OF DEBTOR</u>

TO THE RESPONDENT:

        You are hereby notified that the above Movant seeks an Order affecting your rights and property.

        You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **MARCH 22, 2019** , i.e., SEVENTEEN [17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely respond, the Motion/Objection may be granted by the Court by default without a Hearing.
        You should take this to your lawyer at once.

        A Hearing will be held on **Wed., April 17, 2019 at 9:30 a.m., before Judge Thomas P. Agresti, in Courtroom C, U.S. Bankruptcy Court USX Tower, 54th Floor, 600 Grant Street, Pittsburgh PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an Evidentiary Hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the Hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| <u>March 5, 2019</u> |   <u>/s/Christian M. Rieger</u> |
| Date of Mailing or | CHRISTIAN M. RIEGER, ESQUIRE |
| other service | 2403 Sidney Street |
| | Suite 214 |
| | Pittsburgh, PA 15203 |
| | (412) 381-8809 |
| | PA ID NO. 307037 |
| | criegerlaw@gmail.com |