# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| WALTER I. WECHTA and CATHY A. WECHTA, | Case # 18-21488-TPA |
| Debtors | Chapter 13 |
| WALTER I. WECHTA and CATHY A. WECHTA, | Related doc: 32-33<br>Hrg: 4/17/2019, at 9:30AM |
| Movants | Responses: 3/22/2019 |
| v. | |

RONDA J. WINNECOUR, Chapter 13 Trustee,
Office of the US Trustee, Union Home Mortgage,
Hyundai Lease Titling Trust, Wells Fargo Bank, N.A.,
Midland Funding LLC, Chase Bank, Citibank,
Portfolio Recovery Associates, Quantum III,
Discover Bank, LVNV Funding, LLC, West Penn Power,
Synchrony Bank, AIS, Atlas Acquisitions,

Respondents

**CERTIFICATE OF NO OBJECTION TO
MOTION TO DISMISS CASE**

I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Dismiss case by Debtor, proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **March 22, 2019**, the response/objection due date, that I have received no response except ____n/a_____ .

Method of Service: Mail XX ; Specify if other:

Dated: March 25, 2019

/s/ Christian M. Rieger
Christian M. Rieger, Esq. - 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
412-381-8809
412-381-4594 (fax)
Email: criegerlaw@gmail.com