Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Walter I. Wechta** | : | Case No. 18−21488−TPA |
| **Cathy A. Wechta** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 26th of March, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21488-TPA
Walter I. Wechta                                                        Chapter 13
Cathy A. Wechta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: vson                Page 1 of 2               Date Rcvd: Mar 26, 2019
                               Form ID: 309              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         Walter I. Wechta,    Cathy A. Wechta,    805 Sunset Street,    Rural Valley, PA  16249
14812452      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
14812453      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14812454      +Client Services,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
14816640      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14812465      +Union Home Mortgage Co,    8241 Dow Cir,    Strongsville, OH 44136-1761
14869832      +Union Home Mortgage Corp.,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Mar 27 2019 06:38:00      Capital One Auto Finance, a division of Capital On,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14850688      +EDI: ATLASACQU.COM Mar 27 2019 06:33:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
14812450      +EDI: CAPITALONE.COM Mar 27 2019 06:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14812451      +EDI: CHASE.COM Mar 27 2019 06:38:00      Chase Card Services,    Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
14812455      +EDI: WFNNB.COM Mar 27 2019 06:38:00      Comenitycapital/biglot,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
14816964       EDI: DISCOVER.COM Mar 27 2019 06:38:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
14812456      +EDI: DISCOVER.COM Mar 27 2019 06:38:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14812458      +EDI: FORD.COM Mar 27 2019 06:33:00      Kia Motors Finance,    P.O. Box 20825,
                Fountain Valley, CA 92728-0825
14869787       EDI: RESURGENT.COM Mar 27 2019 06:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
14812459      +E-mail/Text: bk@lendingclub.com Mar 27 2019 03:07:02      Lending Club Corp,    71 Stevenson St,
                Suite 300,    San Francisco, CA 94105-2985
14863108      +EDI: MID8.COM Mar 27 2019 06:38:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14862786       EDI: PRA.COM Mar 27 2019 06:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14814387      +EDI: PRA.COM Mar 27 2019 06:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14865291       EDI: Q3G.COM Mar 27 2019 06:33:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA  98083-0788
14862208       EDI: Q3G.COM Mar 27 2019 06:33:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
14812460      +EDI: RMSC.COM Mar 27 2019 06:38:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
14812462      +EDI: RMSC.COM Mar 27 2019 06:38:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
14812463      +EDI: RMSC.COM Mar 27 2019 06:38:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
14858870       EDI: WFFC.COM Mar 27 2019 06:38:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
14812466      +EDI: WFFC.COM Mar 27 2019 06:38:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                Po Box 71118,    Charlotte, NC 28272-1118
14849369      +E-mail/Text: bankruptcy@firstenergycorp.com Mar 27 2019 03:06:37      West Penn Power,
                5001 NASA Blvd,    Fairmont WV 26554-8248
14812467      +E-mail/Text: bankruptcy@firstenergycorp.com Mar 27 2019 03:06:36      West Penn Power,
                2800 Pottsville Pike,    PO Box 16001,    Reading, PA 19612-6001
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Union Home Mortgage Corp.
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14812457*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14812461*      +Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14812464*      +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: vson              Page 2 of 2           Date Rcvd: Mar 26, 2019
                              Form ID: 309            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:

```
          Christian M Rieger    on behalf of Debtor Walter I. Wechta criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          Christian M Rieger    on behalf of Joint Debtor Cathy A. Wechta criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          James  Warmbrodt    on behalf of Creditor   Union Home Mortgage Corp. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```