**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WALTER I WECHTA
CATHY A WECHTA
    Debtor(s)

Case No.: 18-21488 TPA

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/16/2018 and confirmed on 05/24/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,632.00 |
| Less Refunds to Debtor | 318.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,314.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 792.04 | |
|   Trustee Fee | 335.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,127.12 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   UNION HOME MORTGAGE CORP | 0.00 | 3,464.26 | 0.00 | 3,464.26 |
|     Acct: 6601 | | | | |
|   UNION HOME MORTGAGE CORP | 4.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 6601 | | | | |
|   WELLS FARGO BANK NA | 2,683.13 | 0.00 | 0.00 | 0.00 |
|     Acct: 1671 | | | | |
| | | | | 3,464.26 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER I WECHTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER I WECHTA | 318.00 | 318.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL M DANIELS & ASSOCIATES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN M RIEGER ESQ | 2,450.00 | 792.04 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| HYUNDAI LEASE TITLING TRUST | 3,632.30 | 2,722.62 | 0.00 | 2,722.62 |
| Acct: 6846 | | | | |
| | | | | 2,722.62 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 3,693.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0034 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6461 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2947 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,756.66 | 0.00 | 0.00 | 0.00 |
| Acct: 6242 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 1,380.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1778 | | | | |
| DISCOVER BANK(*) | 5,505.59 | 0.00 | 0.00 | 0.00 |
| Acct: 1945 | | | | |
| DISCOVER BANK(*) | 3,677.22 | 0.00 | 0.00 | 0.00 |
| Acct: 7617 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,224.59 | 0.00 | 0.00 | 0.00 |
| Acct: 7148 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 479.55 | 0.00 | 0.00 | 0.00 |
| Acct: 5625 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 372.35 | 0.00 | 0.00 | 0.00 |
| Acct: 1690 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,932.34 | 0.00 | 0.00 | 0.00 |
| Acct: 6304 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,760.69 | 0.00 | 0.00 | 0.00 |
| Acct: 1225 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,001.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3883 | | | | |
| WEST PENN POWER* | 270.72 | 0.00 | 0.00 | 0.00 |
| Acct: 7575 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5625 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                        6,186.88

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,632.30 |
| SECURED | 2,687.76 |
| UNSECURED | 35.055.04 |

Date: 05/20/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com